UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLUMBUS CHRIS WILLIAMS | CIVIL ACTION |
| VERSUS | NO. 22-1331 |
| LA. DOC'S WARDEN AT EHCC, K. GUERIN, ET AL. | SECTION "I"(2) |

# **O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff Columbus Chris Williams' Motion to Dismiss[1] is **GRANTED**, and Williams' 42 U.S.C. § 1983 complaint is voluntarily **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(a).

New Orleans, Louisiana, this 11th day of July, 2022.

_____
**LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE**

---

[1] Rec. Doc. No. 4